RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Juan Martin Partida-Carrillo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN MARTIN PARTIDA-CARRILLO,<br><br>　　　　　Defendant. | Case No. 2:19-cr-131-JCM-BNW<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Juan Martin Partida-Carrillo, that the Sentencing Hearing currently scheduled on October 22, 2019 at 10:00 a.m., be vacated and advanced to the Court's earliest available sentencing calendar.

This Stipulation is entered into for the following reasons:

1.　The parties do not anticipate making formal objections to the presentencing report.

2. The parties also anticipate joining probation's recommendation for a time-served sentence.

3. The parties agree to the advancement.

This is the first request for an advance of the sentencing hearing.

DATED: September 11, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JUAN MARTIN PARTIDA-CARRILLO,

    Defendant.

Case No. 2:19-cr-131-JCM-BNW

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, October 22, 2019 at 10:00 a.m., be vacated and advanced to _October 4, 2019_ at the hour of 10:30 a.m.; or to a time and date convenient to the court.

DATED September 12, 2019.

_____
UNITED STATES DISTRICT JUDGE

3